AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
Rhode Island    ☑

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    1:26-cr-00063-MSM-AEM-1 |
| Nadine Jean Baptiste | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

   I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

   After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date:    08/04/2026

X _____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Rebecca L. Aitchison
_Printed name of defendant's attorney_

_____
_Judge's signature_

Mary S. McElroy, US District Judge
_Judge's printed name and title_